[NOT FOR PUBLICATION]

United States Court of Appeals
For the First Circuit


No. 97-2316

DOWNTOWN DEVELOPMENT, CORP.,

Plaintiff - Appellant,

v.

K-MART CORPORATION,

Defendant - Appellee.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

[Hon. Carmen Consuelo Cerezo, U.S. District Judge] 



Before

Torruella, Chief Judge, 

Selya and Stahl, Circuit Judges. 



Johanna Emmanuelli Huertas, with whom Pedro E. Ortiz Alvarez 
and The Law Offices of Pedro E. Ortiz Alvarez were on brief for 
appellant.
Jon R. Steiger, with whom Patrick M. McCarthy, Howard & 
Howard, Steven C. Lausell, James W. McCartney and Jim nez, 
Graffam & Lausell were on brief for appellee. 



February 26, 1998


Per Curiam. On March 27, 1996, Downtown Development Per Curiam.  

Corporation ("Downtown") filed this action to recover damages

arising from K-Mart Corporation's ("K-Mart's") alleged illegal

occupancy of Downtown's property in Ponce, Puerto Rico. Downtown

appeals the district court's decision to grant summary judgment

in favor of K-Mart Corporation ("K-Mart").

We affirm on the grounds stated in the district court's

opinion and order. See Downtown Dev. Corp. v. K-Mart Corp., Civ. 

96-1497CCC (D.P.R. September 25, 1997). We find clause 27 of the

lease at issue dispositive. As the district court noted, that

provision grants K-Mart the option to remain as a month-to-month

tenant after the expiration of the lease until it is forced out

by the courts. In the instant case, K-Mart simply exercised this

option.

Costs to be assessed against appellant.

Affirmed. Affirmed 

-2-